United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03557-HWV |
| David Mark Mobley | Chapter 13 |
| Brenda Sue Mobley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 05, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5002807 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2022 18:45:38 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 07, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Caliber Home Loans INC. afogle@rascrane.com |
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor Caliber Home Loans INC. pitecf@weltman.com, PitEcf@weltman.com |
| Jerome B Blank | on behalf of Creditor Caliber Home Loans INC. pamb@fedphe.com |

| | | |
|---|---|---|
| Jill Manuel-Coughlin | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | | on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com |
| Nicholas G. Platt | | on behalf of Debtor 1 David Mark Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | | on behalf of Debtor 2 Brenda Sue Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Thomas Song | | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID MARK MOBLEY
BRENDA SUE MOBLEY
          DEBTOR(S)

CHAPTER 13

CASE NO. 1:17-bk-03557

DAVID MARK MOBLEY
BRENDA SUE MOBLEY
          MOVANT(S)

VS.

LVNV FUNDING, LLC AS
ASSIGNEE OF NORTH STAR
CAPITAL ACQUISITION LLC
          RESPONDENT

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #19 FILED BY LVNV FUNDING, LLC AS ASSIGNEE OF NORTH STAR CAPITAL ACQUISITION LLC

Upon consideration of the Objection to Proof of Claim #19 Filed by LVNV Funding, LLC as Assignee of North Star Capital Acquisition LLC filed herein by the Debtor, the Court hereby orders Claim #19 filed by LVNV Funding, LLC as Assignee of North Star Capital Acquisition LLC is disallowed in its entirety.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 5, 2022