United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Mark Mobley  
Brenda Sue Mobley  
    Debtors

Case No. 17-03557-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Sep 21, 2022      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Mark Mobley, Brenda Sue Mobley, 938 Yellow Hill Road, Biglerville, PA 17307-9581 |
| cr | + | PENNYMAC LOAN SERVICES, LLC, C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 4962343 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 4962357 | | First Bank-Overstock, PO Box 3331, Omaha, NE 68103-0331 |
| 5381938 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5005674 | + | EDI: RECOVERYCORP.COM | Sep 21 2022 22:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4996072 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 21 2022 18:32:00 | CALIBER HOME LOANS, INC., PO Box 24330, Oklahoma City OK 73124-0330 |
| 4978471 | + | EDI: BASSASSOC.COM | Sep 21 2022 22:38:00 | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4962344 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 21 2022 18:32:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 4962345 | + | EDI: CAPITALONE.COM | Sep 21 2022 22:38:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 4962348 | + | EDI: CAPITALONE.COM | Sep 21 2022 22:38:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4962346 | + | EDI: CAPITALONE.COM | Sep 21 2022 22:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4990896 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 18:40:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4962352 | + | EDI: CITICORP.COM | Sep 21 2022 22:38:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 4962353 | + | EDI: WFNNB.COM | Sep 21 2022 22:38:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 4962354 | + | EDI: WFNNB.COM | Sep 21 2022 22:38:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4962355 | + | EDI: WFNNB.COM | Sep 21 2022 22:38:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 4962356 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2022 18:40:25 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4962369 | + | EDI: CITICORP.COM | Sep 21 2022 22:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 4996047 | | EDI: Q3G.COM | Sep 21 2022 22:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4962350 | | EDI: JPMORGANCHASE | Sep 21 2022 22:38:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4962358 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2022 18:32:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5008212 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 18:40:25 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank USA, N. A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5002807 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 18:40:25 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4993174 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2022 18:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4975349 | | EDI: AGFINANCE.COM | Sep 21 2022 22:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4962359 | + | EDI: AGFINANCE.COM | Sep 21 2022 22:38:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 5202733 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2022 18:40:46 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 660929, Dallas, TX 75266, PENNYMAC LOAN SERVICES, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 5202732 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2022 18:40:36 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 4977008 | | EDI: PRA.COM | Sep 21 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4962701 | + | EDI: RECOVERYCORP.COM | Sep 21 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5008245 | | EDI: Q3G.COM | Sep 21 2022 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5008804 | | EDI: Q3G.COM | Sep 21 2022 22:38:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 4969490 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 21 2022 18:32:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 4962360 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 21 2022 18:32:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 4962361 | + | EDI: CITICORP.COM | Sep 21 2022 22:38:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 4962362 | + | EDI: RMSC.COM | Sep 21 2022 22:38:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4962363 | + | EDI: RMSC.COM | Sep 21 2022 22:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4962364 | + | EDI: RMSC.COM | Sep 21 2022 22:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Box 956060, Orlando, FL 32896-0001 |
| 4962365 | + | EDI: RMSC.COM | Sep 21 2022 22:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 4962367 | + | EDI: RMSC.COM | Sep 21 2022 22:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5004134 | + | Email/Text: bncmail@w-legal.com | Sep 21 2022 18:32:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4962368 | + | EDI: WTRRNBANK.COM | Sep 21 2022 22:38:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 4986016 | | EDI: AIS.COM | Sep 21 2022 22:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4962349 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4962347 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4962351 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 4962366 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ashlee Crane Fogle | on behalf of Creditor Caliber Home Loans INC. afogle@rascrane.com |
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| Name | Details |
|---|---|
| James Peter Valecko | on behalf of Creditor Caliber Home Loans INC. pitecf@weltman.com, PitEcf@weltman.com |
| Jerome B Blank | on behalf of Creditor Caliber Home Loans INC. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com |
| Nicholas G. Platt | on behalf of Debtor 2 Brenda Sue Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 David Mark Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Mark Mobley<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8378<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brenda Sue Mobley<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1681<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–03557–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Mark Mobley               Brenda Sue Mobley

9/21/22

**By the court:** *(signed)* Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　　page 2