**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David Mark Mobley |
| Debtor 2 (Spouse, if filing) | Brenda Sue Mobley |
| United States Bankruptcy Court for the: | MIDDLE District of Pennsylvania (State) |
| Case number | 1:17-bk-03557-HWV |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 9994 ___ ___ ___

**Property address:** 938 Yellow Hills Road
Number    Street

Biglerville, Pennsylvania  173070000
City                State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 1 / 2022
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | David Mark Mobley | | | Case number (*if known*) 1:17-bk-03557-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Andrew M. Lubin
Signature

Date 10/07/2022

| Print | Andrew M. Lubin | | | Title | Attorney for creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company  McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  123 S. Broad Street, Suite 1400
Number    Street

Philadelphia, PA 19109
City            State      ZIP Code

Contact phone ( 215 ) 790 – 1010

Email  ecfmail@mwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Mark Mobley and Brenda Sue Mobley<br>Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC, or its Successor or Assignee<br>Movant<br>vs.<br>David Mark Mobley and Brenda Sue Mobley<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 1:17-bk-03557-HWV |

## CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Andrew M. Lubin, attorney for PENNYMAC LOAN SERVICES, LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: 10/07/2022

David Mark Mobley
938 Yellow Hill Road
Biglerville, Pennsylvania 17307

Brenda Sue Mobley
938 Yellow Hill Road
Biglerville, Pennsylvania 17307

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331
Attorney for Debtors

Asst. U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, Pennsylvania 17101

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036
Trustee

/s/ Andrew M. Lubin
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for PENNYMAC LOAN SERVICES, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com