| | |
|---|---|
| In re: | Case No. 17-03557-HWV |
| David Mark Mobley | Chapter 13 |
| Brenda Sue Mobley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 14, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David Mark Mobley, Brenda Sue Mobley, 938 Yellow Hill Road, Biglerville, PA 17307-9581 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com |
| Ashlee Crane Fogle | on behalf of Creditor Caliber Home Loans INC. afogle@rascrane.com |
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | |

TWecf@pamd13trustee.com

James Peter Valecko

on behalf of Creditor Caliber Home Loans INC. pitecf@weltman.com, PitEcf@weltman.com

Jerome B Blank

on behalf of Creditor Caliber Home Loans INC. pamb@fedphe.com

Jill Manuel-Coughlin

on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

Mario John Hanyon

on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen

on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com

Nicholas G. Platt

on behalf of Debtor 2 Brenda Sue Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt

on behalf of Debtor 1 David Mark Mobley ngp@mooney4law.com plattnr61895@notify.bestcase.com

Thomas Song

on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David Mark Mobley, **Debtor 1** | Chapter 13 |
| Brenda Sue Mobley, **Debtor 2** | Case No. 1:17−bk−03557−HWV |

Social Security No.:
    xxx−xx−8378    xxx−xx−1681

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 14, 2022

**fnldec** (01/22)