| | |
|---|---|
| Debtor 1 | David Mark Mobley |
| Debtor 2 (Spouse, if filing) | Brenda Sue Mobley |
| United States Bankruptcy Court for the: | MIDDLE   District of PA (State) |
| Case number | 1:17-bk-03557-HWV |

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC.

**Court claim no.** (if known): ____18____

**Last 4 digits** of any number you use to identify the debtor's account: 9994 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     02 / 01 / 2021

**New total payment:**
Principal, interest, and escrow, if any     $ 1,355.74

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ 523.57          New escrow payment:  $ 536.10

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Case 1:17-bk-03557-HWV   Doc     Filed 01/06/21   Entered 01/06/21 13:04:55   Desc
Main Document      Page 1 of 7

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Ann E. Swartz                                          Date   01 / 06 / 2021
Signature

Print:    Ann E. Swartz                                       Title   Attorney for creditor
          First Name     Middle Name     Last Name

Company   McCabe, Weisberg & Conway, LLC

Address   123 S. Broad Street, Suite 1400
          Number        Street
          Philadelphia, PA 19109
          City                    State      ZIP Code

Contact phone  ( 215 ) 790 – 1010                  Email   ecfmail@mwc-law.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  David Mark Mobley and Brenda Sue Mobley | Chapter 13 |
| Debtor(s) | |
| PennyMac Loan Services, LLC., or its Successor or Assignee | Bankruptcy No. 1:17-bk-03557-HWV |
| Movant | |
| vs. | |
| David Mark Mobley and Brenda Sue Mobley Charles J DeHart, III (Trustee) | |
| Respondent(s) | |

## CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Ann E. Swartz, attorney for PennyMac Loan Services, LLC., hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: January 06, 2021

David Mark Mobley
938 Yellow Hill Road
Biglerville, PA 17307

Brenda Sue Mobley
938 Yellow Hill Road
Biglerville, PA 17307

Stephen Wade Parker
Mooney Law
230 York Street
Hanover, PA 17331
Attorney for Debtors

Asst. U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Trustee

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JAMES FRENCH, ESQUIRE ID # 319597
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for PennyMac Loan Services, LLC.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com



P.O. Box 514387
Los Angeles, CA 90051-4387

**Escrow Account Disclosure Statement**

**Statement Date:** December 11, 2020
**Loan Number:**

**Property Address:**
938 YELLOW HILLS RD
BIGLERVILLE PA 17307

**Questions?** Visit our website @
**www.PennyMacUSA.com**
(800) 777 - 4001 (Se Habla Español)
M - F: 6:00 AM - 6:00 PM PT
Sat: 7:00 AM - 11:00 AM PT

DAVID M MOBLEY
BRENDA S MOBLEY
230 YORK ST
HANOVER, PA 17331-3270

## Annual Escrow Account Review

At least once each year, PennyMac Loan Services, LLC ("PennyMac") reviews your escrow account to make sure there is enough money to pay your property taxes and/or insurance premiums. This statement informs you of any adjustments to your monthly payment, shows you how much money you currently have in your escrow account and how much you will need in the next 12 months.

## Your New Mortgage Payment

During the next year, your escrow account balance is projected to have a shortage and/or escrow reserve payment (meaning not enough funds to pay your taxes and/or insurance as they come due). See Your Escrow Shortage and/or Escrow Reserve section on page 3 for more details.

**Option A:**  If you choose not to pay the shortage and/or escrow reserve in full, no action is required. The shortage will be automatically spread over 12 months. Your new mortgage payment will be $1,355.74 starting on February 1, 2021.

**Option B:**  If you choose to pay your shortage and/or escrow reserve of $277.88 in full, your new mortgage payment will be $1,332.59 starting on February 1, 2021. To pay the shortage and/or escrow reserve, you can use the coupon below, pay online or call our Customer Service Department at the number listed above.

| Description | Current Monthly Payment Amount | Option A Spread Shortage Over 12 Months | Option B Pay Shortage and/or Reserve In Full |
|---|---|---|---|
| Principal and Interest | $819.64 | $819.64 | $819.64 |
| Escrow Payment | $514.13 | $512.95 | $512.95 |
| Escrow Reserve Payment | $9.44 | $23.15 | $0.00 |
| Total Payment Amount | $1,343.21 | $1,355.74 | $1,332.59 |

---



**Escrow Shortage and/or Escrow Reserve**
**Amount:** $277.88

Payment Due Date: February 01, 2021
Make check payable to: PENNYMAC LOAN SERVICES, LLC

**Escrow Shortage Amount Enclosed: $**

**Loan Number:**

Mail To: PENNYMAC LOAN SERVICES, LLC
PO BOX 660929
DALLAS, TX 75266-0929

DAVID M MOBLEY
BRENDA S MOBLEY
230 YORK ST
HANOVER, PA 17331-3270

## Projected Escrow Account Activity

Over the next year, PennyMac expects to pay $6,155.44 from your escrow account. Your new monthly escrow payment is $512.95.

| Escrow Item Description | Annual Amount | Monthly Amount |
|---|---|---|
| City Tax: | $1,005.29 | |
| Mortgage Insurance: | $1,386.00 | |
| School Tax: | $3,119.15 | |
| Hazard Ins: | $645.00 | |
| Total Payments from Escrow: | $6,155.44  ÷ 12 = | $512.95 |

Below is a projection of escrow account activity from February 01, 2021 through January 31, 2022. These amounts may change when the actual payments become due.

| Month | Escrow Deposit(s) | Tax Payment(s) | Insurance Payment(s) | Mortgage Insurance Payment(s) | Projected Balance |
|---|---|---|---|---|---|
| Beginning Escrow Balance | | | | | $2,504.31 |
| Feb 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $2,901.76 |
| Mar 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $3,299.21 |
| Apr 2021 | $512.95 | $1,005.29 | $0.00 | $115.50 | $2,691.37 |
| May 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $3,088.82 |
| Jun 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $3,486.27 |
| Jul 2021 | $512.95 | $0.00 | $645.00 | $115.50 | $3,238.72 |
| Aug 2021 | $512.95 | $3,119.15 | $0.00 | $115.50 | $517.02 [1] |
| Sep 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $914.47 |
| Oct 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $1,311.92 |
| Nov 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $1,709.37 |
| Dec 2021 | $512.95 | $0.00 | $0.00 | $115.50 | $2,106.82 |
| Jan 2022 | $512.95 | $0.00 | $0.00 | $115.50 | $2,504.27 |
| Ending Escrow Balance | | | | | $2,504.27 |
| Totals | $6,155.40 | $4,124.44 | $645.00 | $1,386.00 | |

[1] Lowest projected balance.

### Important Information About Mailed Payments

- **Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PST. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PST. Payments not processed the same day are effective dated to the date of receipt.**
- **Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.**
- **Please do not send cash. Payment instructions are limited to the information provided by PennyMac on the payment coupon only.**
- **Please sign and write your account number on your check or money order.**

### Periodic & Partial Payment Policy

If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding escrow shortages and fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment due plus an exact match to outstanding late charges due on the loan, PennyMac may apply the excess funds to late charge due amounts rather than applying excess funds to an escrow shortage. If the money you sent wasn't enough for a payment, it will be applied to your loan as unapplied funds. We may accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non-interest bearing account until additional funds sufficient to equal a periodic payment are received.

## Your Escrow Shortage and/or Reserve

Based on the projected activity above, our review shows that your escrow balance is less than $0. This means you have a deficiency (meaning negative balance) of ($1,045.18), and an additional required balance of $277.88 to satisfy the reserve. See the lowest projected balance in the table above to find out when this will occur.

| | |
|---|---|
| Lowest Projected Balance | $517.02 |
| Minimum Required Balance | $794.90 |
| Escrow Shortage and/or Escrow Reserve | $277.88 |

PennyMac requires a minimum balance up to one-sixth of the estimated total annual payments from your escrow account, unless state law or your mortgage contract requires less, to help cover any unexpected increases in taxes and/or insurance. The minimum required balance does not include mortgage insurance.

## Escrow Account History

The following is the statement of activity in your escrow account from February 01, 2020 through January 31, 2021.

Last year, we anticipated that payments from your account would be made during this period equaling $6,169.56. Your lowest monthly balance should not have exceeded $791.73, or 1/6 of anticipated payments from the account, unless your mortgage contract or state law specifies a lower amount.

The table below shows the Projected and Actual account history for the previous escrow account period.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Description | Disbursements Actual | Disbursements Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| **Beginning Escrow Balance** | | | | | | | $2,657.74 | ($2,395.49) |
| Feb 2020 | $514.13 | $2,125.09 * | $118.26 | MIP/PMI | $118.26 | MIP/PMI | $3,053.61 | ($388.66) |
| Mar 2020 | $514.13 | $523.57 * | $118.26 | MIP/PMI | $118.26 | MIP/PMI | $3,449.48 | $16.65 |
| Apr 2020 | $514.13 | $523.57 * | $1,123.55 | City Tax, MIP/PMI | $1,123.55 | City Tax, MIP/PMI | $2,840.06 | ($583.33) |
| May 2020 | $514.13 | $0.00 * | $118.26 | MIP/PMI | $118.26 | MIP/PMI | $3,235.93 | ($701.59) |
| Jun 2020 | $514.13 | $523.57 * | $118.26 | MIP/PMI | $118.26 | MIP/PMI | $3,631.80 | ($296.28) |
| Jul 2020 | $514.13 | $1,535.97 * | $744.26 | Hazard Ins, MIP/PMI | $763.26 * | Hazard Ins, MIP/PMI | $3,401.67 | $476.43 |
| Aug 2020 | $514.13 | $523.57 * | $3,237.41 | MIP/PMI, School Tax | $3,234.65 * | MIP/PMI, School Tax | $678.39 | ($2,234.65)[2] |
| Sep 2020 | $514.13 | $1,012.40 * | $118.26 | MIP/PMI | $115.50 * | MIP/PMI | $1,074.26 | ($1,337.75) |
| Oct 2020 | $514.13 | $523.57 * | $118.26 | MIP/PMI | $115.50 * | MIP/PMI | $1,470.13 | ($929.68) |
| Nov 2020 | $514.13 | $0.00 * | $118.26 | MIP/PMI | $115.50 * | MIP/PMI | $1,866.00 | ($1,045.18) |
| Dec 2020 | $514.13 | $0.00 * | $118.26 | MIP/PMI | $0.00 * | | $2,261.87 | ($1,045.18) |
| Jan 2021 | $514.13 | $3,664.99 *E | $118.26 | MIP/PMI | $115.50 *E | MIP/PMI | $2,657.74 | $2,504.31 |
| **Ending Escrow Balance** | | | | | | | $2,657.74 | $2,504.31 |
| **Totals** | $6,169.56 | $10,956.30 | $6,169.56 | | $6,056.50 | | | |

[2] Lowest actual balance.
An asterisk '*' beside an amount indicates a difference from projected activity, either in the amount or the date.
The letter 'E' beside an amount indicates that the payment has not yet occurred, but is estimated to occur as shown.
At the time of analysis, PennyMac assumes that you will make all scheduled mortgage payments by or before the effective date of your new payment (shown in the Projected Escrow Account Activity section above).

## Other Important Information

| | | | |
|---|---|---|---|
| **How to Contact Us** | www.PennyMacUSA.com<br>Available 24/7 on all your devices:<br>PC, Tablet, and Mobile.<br>*El sitio web y las declaraciones están disponibles en español.*<br>**Go Paperless today!** | **PennyMac Customer Service:**<br>(800) 777 - 4001<br>M - F: 6:00 AM - 6:00 PM PT<br>Sat: 7:00 AM - 11:00 AM PT<br>**Fax:** (866) 577 - 7205 | PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>Notices of error or information requests **must** be mailed to this address. |
| **How to Make a Payment** | **Auto-Pay \*:**  Enroll in Auto-Pay, on our website, to set up recurring payments from the bank account of your choice.<br>**Pay Online:** Make a one-time payment on our website. | **Pay-by-Phone:** (800) 777-4001<br>*(Fees may apply to use this service)*<br>**Western Union:**<br>Code City: *PennyMac*<br>Pay To: *PennyMac Loan Services*<br>Code State: *CA*<br>ID Number: *Enter Loan Number* | **Check \*\*:** Mail to PennyMac:<br>**Standard Address:** P.O. Box 660929<br>Dallas, TX 75266-0929<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746 |
| **Tax and Insurance Information** | **Property Tax Bills:**<br>If you receive a tax bill, you do not need to take any action. (**Please note:** Supplemental/ Additional tax bills are the responsibility of the homeowner; PennyMac will pay them from the escrow account upon request.) | **General Insurance Questions:** (866) 318-0208<br>**Insurance Information:** Any time there is a change to your insurance policy please provide your insurance carrier the following information:<br>**Mortgage Clause:**<br>PennyMac Loan Services, LLC<br>Its Successors and/or Assigns<br>P.O. Box 6618<br>Springfield, OH 45501-6618 | |
| **Credit Reporting Information** | We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. | | |
| **Important Consumer Information** | This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally. | | |

**Requests for prior payment adjustments:** To request funds for a prior payment be applied differently, you **must** notify PennyMac within 90 days of the original transaction. After 90 days, we will only change the application of funds if the transaction was applied contrary to your documented instructions.

*\* If you are enrolled in a PennyMac Auto-Pay program, and received a payment change notification, the new payment amount will be drafted on your scheduled draft date. (The principal curtailment amount will not change.) If you pay via online bill payment, please update the payment amount with your financial institution to ensure timely processing of your payment.*

*\*\* When you pay with a check, you authorize PennyMac either to use information from your check to make a one-time electronic fund transfer (EFT) from your account, or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your account on the same day PennyMac receives your payment. Please note that your financial institution will not send back your check. If funds are returned unpaid, a return service charge may be assessed to your loan whether processing your payment as a check or an EFT, as allowed by applicable law.*

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK** - If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. PennyMac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting www.dfs.ny.gov.

**NORTH CAROLINA** - Licensed by the North Carolina Department of Insurance. Permit No. 104753 - 6101 Condor Dr., Suite 200, Moorpark, CA 93021. Permit No. 112228 - 14800 Trinity Blvd., Fort Worth, TX 76155. Permit No. 112874 - 3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361. Permit No. 112877 - 2201 West Plano Parkway, Suites 150 and 300, Plano, TX 75075. Permit No. 113746 - 10550 West Charleston Blvd., Suite A, Las Vegas, NV 89135.

**OREGON** - Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

Equal Housing Opportunity © 2008-2021 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818-224-7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado office: 700 17th St, Suite 200, Denver, CO 80202, (866) 436-4766. Georgia Residential Mortgage Licensee #33027. Massachusetts Mortgage Lender License # ML35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. Rhode Island Lender License # 20092600LL. Washington Consumer Loan License # CL-35953. For more information, please visit www.pennymacusa.com/state-licenses. Loans not available in New York. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (12-2020)